**TOM VAUGHN**
**CHAPTER 13 TRUSTEE**
**55 E MONROE, SUITE 3850**
**CHICAGO IL 60604-2402**
**TELEPHONE (312) 294-5900**
**FAX (312) 341-7168**

**February 13, 2019**

**NOTISE OF WITHDRAWAL**
**OF NOTICE OF FINAL CURE MORTGAGE PAYMENT**


**RE:    DOCKET # 43**

       **CASE NO. 14 B 09440**
       **Sandra L.Webber**



_____
 **Sam Saleh**
 **Closing Auditor**
**For:  Tom Vaughn, Trustee**