**TOM VAUGHN**
**CHAPTER 13 TRUSTEE**
**55 E MONROE, SUITE 3850**
**CHICAGO IL 60603**
**TELEPHONE (312) 294-5900**
**FAX (312) 341-7168**

**February 14, 2019**

AMENDED NOTICE OF WITHDRAWAL
OF NOTICE OF FINAL CURE MORTGAGE PAYMENT

RE:   DOCKET # 43

     CASE NO. 14 B 09440
     Sandra L. Webber

_____
 Sam Saleh
 Closing Auditor
For:  Tom Vaughn, Trustee